IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 3:06-cv-00229-CRB<br><br>MDL NO. 1699<br><br>JUDGE CHARLES R. BREYER |
| HELEN LATIMER, et al.<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER, INC., et al.,<br><br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO CASE NUMBER 3:05-CV-1517 AS, ORIGINALLY FILED IN THE US DISTRICT COURT, DISTRICT OF OREGON** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff HELEN LATIMER originally filed in the US District Court, District of Oregon, Case Number :3:05-CV-1517 AS, and then later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation,* may be and is hereby dismissed with prejudice.

The parties shall each bear their own costs.

1- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
111 S.W. COLUMBIA ST.
Suite 1000
Portland, OR 97201

Respectfully submitted:

Dated: 2-13-07          By: _____Helen Latimer_____
                             Helen Latimer

Dated: 2-12-2007        By: _____
                             Jeffrey A. Bowersox, OSB # 81442
                             Email: Jeffrey@BLFpc.com
                             BOWERSOX LAW FIRM, P.C.
                             111 S.W. Columbia St., Suite 1000
                             Portland, Oregon 97201
                             Telephone: (503) 452-5858
                             Facsimile: (503) 525-4833

                             Daniel E. Becnel, Jr., LA Bar #2929
                             Matthew B. Moreland, LA Bar #24567
                             Kevin P. Klibert, LA Bar #26954
                             LAW OFFICES OF DANIEL E. BECNEL, JR.
                             106 W. Seventh Street
                             Post Office Drawer H
                             Reserve, LA 70084
                             Telephone: (985) 536-1186
                             Facsimile: (985) 536-6445
                             *Attorneys for Plaintiff Helen Latimer*

Dated: February 15, 2007  By: _____
                             Stuart Gordon, Esq., CA Bar #37477
                             Embarcadero Center West
                             275 Battery Street 20th Floor
                             San Francisco, CA 94111
                             Telephone: (415) 986-5900
                             Facsimile: (415) 986-8054

                             *Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: February 26, 2007



Honorable Charles Breyer
United States District Court

3- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
111 S.W. COLUMBIA ST.
Suite 1000
Portland, OR 97201