IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 3:06-cv-00229-CRB<br><br>MDL NO. 1699<br><br>JUDGE CHARLES R. BREYER |
| LAMAR THREET, et al.<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER, INC., et al.,<br><br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO CASE NUMBER 3:05-CV-1517 AS, ORIGINALLY FILED IN THE US DISTRICT COURT, DISTRICT OF OREGON** |

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff LAMAR THREET originally filed in the US District Court, District of Oregon, Case Number :3:05-CV-1517 AS, and then later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation,* may be and is hereby dismissed with prejudice.

    The parties shall each bear their own costs.

1- STIPULATION AND ORDER OF DISMISSAL

Respectfully submitted:

Dated: 2/13/2007 .   By: _____
Lamar Threet

Dated: 2-13-2007   By: _____
Jeffrey A. Bowersox, OSB # 81442
Email: Jeffrey@BLFpc.com
BOWERSOX LAW FIRM, P.C.
111 S.W. Columbia St., Suite 1000
Portland, Oregon 97201
Telephone: (503) 452-5858
Facsimile: (503) 525-4833


Daniel E. Becnel, Jr., LA Bar #2929
Matthew B. Moreland, LA Bar #24567
Kevin P. Klibert, LA Bar #26954
LAW OFFICES OF DANIEL E. BECNEL, JR.
106 W. Seventh Street
Post Office Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
*Attorneys for Plaintiff Lamar Threet*

Dated: 2/13/07   By: _____
Stuart Gordon, Esq., CA Bar #37477
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

*Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: February 26, 2007

_____
Honorable Charles R. Breyer
United States District Judge



3- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
111 S.W. COLUMBIA ST.
Suite 1000
Portland, OR 97201