United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE BEXTRA AND CELEBREX                No. MDL 05-01699 CRB
     MARKETING, SALES PRACTICES AND
12   PRODUCT LIABILITY LITIGATION,            **ORDER GRANTING MOTION TO
                                              WITHDRAW AS COUNSEL AND
13   _____/        DISMISSING CLAIMS FOR A
                                              FAILURE TO PROSECUTE**
14   *This document relates to:*

15       Calvin Kimble, Howard Klever,
          06-0229 CRB
16   _____/

17

18        On July 31, 2007, the Court issued an Order To Show Cause directing the above

19   plaintiffs to show cause as to why (1) their counsel's motion to withdraw should not be

20   granted; and (2) each plaintiff's claims should not be dismissed for a lack of prosecution.  In

21   particular, the Court directed each plaintiff to notify the Court in writing on or before August

22   23, 2007 of the reasons the withdrawal should not be granted or the case dismissed if plaintiff

23   wished to contest either action.  As of the date of this Order, neither plaintiff has responded

24   to the Court's July 31, 2007 Order and has not otherwise communicated with the Court.

25   Accordingly, plaintiffs' counsel's motions to withdraw are GRANTED and each

26   //

27   //

28   //

1   plaintiff's claims are dismissed with prejudice for a failure to prosecute.

2        **IT IS SO ORDERED.**

3

    Dated: August 28, 2007

4   _____

    CHARLES  R. BREYER
5   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

G:\CRBALL\2005\1699\dismissalorders\osc\CalvinKimble.wpd